AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 98-259(SEC) |
| CARLOS HUMBERTO CABRERA-POLO, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 15th day of November, 2004.

> H. S. GARCIA
> United States Attorney
>
> /S/ *Warren Vázquez*
> Warren Vazquez - USDC No. 125413
> Attorney for Plaintiff
> United States Attorney's Office
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Street
> San Juan, Puerto Rico 00918
> Tel: (787) 766-5656
> Fax: (787) 766-6222
> Email: warren.vazquez@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

    At San Juan, Puerto Rico this 15th day of November, 2004.

/S/ *Warren Vázquez*
Attorney for Plaintiff