IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS HUMBERTO CABRERA-POLO, ET AL.,<br>Defendants. | CRIMINAL NO. 98-259(SEC) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of November 15, 2004, AUSA Judith Vargas is not the Assistant U.S. Attorney responsible for the prosecution of the above-referenced case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Vargas as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 15th day of November, 2004.

H.S. GARCIA
United States Attorney

S/ *Judith Vargas*
Judith Vargas - USDC No. 219914
Attorney for Plaintiff
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 771-4050
Email: judith.vargas@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

    At San Juan, Puerto Rico this 15th day of November, 2004.


                                              /S/ *Judith Vargas*
                                            Attorney for Plaintiff