IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS HUMBERTO CABRERA-POLO<br>Defendant. | CRIMINAL NO. 98-259(SEC) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. That as of March 1, 2006, Judith Vargas is not the Assistant United States Attorney responsible for the prosecution of the above-captioned case.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of Judith Vargas as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 1st day of March, 2006.

H.S. GARCIA
United States Attorney

s/ *Judith Vargas*
Judith Vargas
USDC #219914
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Chardon Ave.
San Juan, PR 00918
Tel. (787) 766-5656

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico this 1st day of March, 2006.

S/ *Judith Vargas*
Assistant United States Attorney